c\w

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
CHESTER A. KIRBY

Plaintiff,

-against-
JO ANNE B. BARNHART
COMMISSIONER OF SOCIAL SECURITY

Defendant.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★
OCT 3 1 2005    ★

P.M.
TIME A.M. _____

ORDER
CV05-4667 (CBA)

AMON, U.S. DISTRICT JUDGE

Plaintiff initiated this action by filing a complaint on **October 3, 2005.** The

parties are directed to adhere to the following policies, which the Board of Judges has adopted

for expediting the disposition of Social Security cases.

Defendant will promptly obtain and file the administrative record of the

proceedings below and will file its answer within 120 days and in any event, by

**January 30, 2006.** The defendant will move for judgment on the pleadings, unless otherwise

directed by the Court, within 60 days after filing its answer or by **March 30, 2006.**

Plaintiff's response papers will be filed within 30 days, and in any event by

**April 28, 2006.** The Court will notify the parties of the date and time set for oral argument

upon receipt of the parties' written submissions.

So Ordered.

Dated: Brooklyn, New York
       October 13, 2005

/S/ HON CAROL B. AMON

**Carol Bagley Amon**
United States District Judge