UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHESTER A. KIRBY,

                Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
-------------------------------------------------------------------X

JUDGMENT
05-CV- 4667 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 2 4 2006 ★
P.M.
TIME A.M.

       An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on January 5, 2006, reversing the Commissioner's decision, pursuant to the sixth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, to certify that the hearing tape cannot be transcribed and to remand the case to an Administrative Law Judge for a new hearing and a new decision and to prepare a certified administrative record for filing with this Court; it is

       ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the sixth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, to certify that the hearing tape cannot be transcribed and to remand the case to an Administrative Law Judge for a new hearing and a new decision and to prepare a certified administrative record for filing with this Court.

Dated: Brooklyn, New York
       February 23, 2006

/s/
ROBERT C. HEINEMANN
Clerk of Court